PS8 - Warrant
(4/21)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CR-60061-KMM

United States of America

Vs

Miles Steven McGough

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

COMES NOW Jason Roberts, U.S PROBATION OFFICER, presenting an official report upon the conduct of defendant Miles Steven McGough, who was placed under pretrial release supervision by the Honorable Lauren Fleischer Louis, sitting in the Court at Southern District of Florida, on April 3, 2023, under the following conditions: The defendant shall: 1) appear in the Southern District of Florida for court on April 5, 2023; 2) be placed in the custody of Cort and Angela McGough; 3) report to pre-trial services as directed; 4) surrender any passport, and not obtain any other travel documents; 5) travel is restricted to Colorado and the Southern District of Florida; 6) avoid all contact with any person who is or may be a victim or witness; 7) participate in medical, psychiatric and/or mental health treatment as directed; 8) not possess a firearm, destructive device or other weapon; 9) abstain from alcohol; 10) not use or unlawfully possess a narcotic drug or other controlled substances; 10) submit to drug testing; 11) participate in a program of inpatient or outpatient substance abuse therapy, if directed by the pretrial services office; 11) participate in home detention, location monitoring with GPS; 12) report every contact with law enforcement personnel; 13) not act as an informant for any law enforcement agency; 13) reside with his third party custodians and one of his third party custodians must travel with him for any court appearances in Florida; 14) not access the internet with expectation of work related or education activities; 15) not access, posses, or view any pornography; 16) not have unsupervised contact with minors; 17) not subscribe to any internet service; 18) cancel any internet service and provide verification of cancellation; 19) purge any computers or electronic devices of alle existing images files containing pornography; 20) not use encryption software; 21) allow the Probation Office to monitor access to personal computers or laptops; 22) not possess or use any devices with internet access capabilities except in the presence of one of the third party custodians; and 23) all internet capable devices are to be either removed, disabled or locked in a security when custodian are not home.

Respectfully presenting petition for action of Court and for cause as follows:

The defendant has been arrested on new law violations and there may be additional charges filed against the defendant. As a result, the defendant poses an increased risk for non-appearance and danger.

PRAYING THAT THE COURT WILL ORDER a warrant be issued and the defendant be brought before the Court for a hearing to determine if bond should be revoked, pursuant to 18 U.S.C.§3148.

ORDER OF COURT

Considered and ordered this 10th day of October, 2023 and ordered filed and made a part of the records in the above case.

_K. M. Moore_
U.S. District Judge/Magistrate

I declare under penalty of perjury that the Foregoing is true and correct.

Executed on October 6, 2023

_Jason Roberts_

Jason Roberts
U.S. Probation Officer
Office:  305-523-5435
Email:  Jason_roberts@flsp.ucourts.gov
Place:  Miami, Florida