IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-mj-00168-STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MILES MCGOUGH,

    Defendant.

---

**NOTICE OF APPEARANCE**

---

The Office of the Federal Public Defender, through Assistant Federal Public Defender Kristin Whitaker, enters its appearance on behalf of the Defendant, Miles McGough.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*/s/ Kristin Whitaker*
KRISTIN WHITAKER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: Kristin_Whitaker@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

  I certify that on October 24, 2023, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

  Andrea Surratt, Assistant U.S. Attorney
  Email:  andrea.surratt@usdoj.gov

and I will serve the document or paper to the following non-CM/ECF participant in the manner indicated:

   Miles McGough (*held on file*)

            */s/ Kristin Whitaker*
            KRISTIN WHITAKER
            Assistant Federal Public Defender